FILED

1  Dean Francis Pace (SBN 031809)
   Allan J. Graf (SBN 057148)
2  CARLSMITH BALL LLP
   9th Floor
3  444 South Flower Street
   Los Angeles, CA  90071-2901
4  Telephone:  213.955.1200
   Facsimile:   213.623.0032
5  Email:  falseclaimsact@carlsmith.com

2012 MAR 15  PM 3: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

6  Attorneys for Coplaintiff Relator

7

8              UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA      CIVIL ACTION
    EX REL. DANIEL THOMPSON
12                                CV 12-2214-JAK
                                       (JCGx)
13

14

15                  Plaintiff,     [FILED UNDER SEAL]

16  v.                             [31 U.S.C. § 3730(b)(2)]

17  HONEYWELL
    INTERNATIONAL INC.
18

19

20                  Defendant.

21

22

23

24       COMPLAINT FOR VIOLATION OF THE FALSE CLAIMS ACT

25                31 U.S.C. § 3729 ET SEQ.

26

27

28

CARLSMITH BALL LLP
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT UNDER SEAL

1  Dean Francis Pace (SBN 031809)
   Allan J. Graf (SBN 057148)
2  CARLSMITH BALL LLP
   9th Floor
3  444 South Flower Street
   Los Angeles, CA  90071-2901
4  Telephone:  213.955.1200
   Facsimile:   213.623.0032
5  Email:  falseclaimsact@carlsmith.com

6  Attorneys for Coplaintiff Relator

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA      CIVIL ACTION
   | EX REL. DANIEL THOMPSON
12 |
13 |
   |
14 |          Plaintiff,          COMPLAINT FOR VIOLATIONS
   |                              OF THE FALSE CLAIMS ACT
15 | v.                              31 U.S.C. § 3729 ET SEQ.
   |
16 | HONEYWELL
   | INTERNATIONAL INC.
17 |
   |                              REQUEST FOR TRIAL BY JURY
18 |          Defendant.
19 |
20

21       NOW COMES PLAINTIFF and alleges against Defendant HONEYWELL

22 INTERNATIONAL INC.

23
                                1.
24
                          JURISDICTION
25
         Jurisdiction is predicated upon federal subject matter jurisdiction pursuant to
26
   Title 31 U.S.C. of the False Claims Act, 31 U.S.C. § 3729, 3730 and 3732(a), and
27
   28 U.S.C. § 1331 and 31 U.S.C. § 3732.
28

2.

VENUE

Venue in the United States District Court for the Central District of California is predicated upon 31 U.S.C. § 3732(a) and 28 U.S.C. § 1391(b) and (c). Defendant HONEYWELL INTERNATIONAL INC. ("HONEYWELL"), the entity charged herein with violations of the False Claims Act, 31 U.S.C. § 3729 et seq., now and at all times alleged herein transacts business in the Central District of California in Torrance, California. The violations of the False Claims Act, 31 U.S.C. § 3729 et seq., alleged herein occurred in the Central District of California and nationwide. Plaintiff United States of America has sustained the damages for violations of the False Claims Act, 31 U.S.C. § 3729 et seq., alleged herein within the Central District of California and nationwide.

3.

PARTIES

The Plaintiff is the United States of America and Coplaintiff Daniel Thompson ("THOMPSON"). From 2007 to at least 2012, THOMPSON has been employed as a Senior Subcontracts Administrator by the privately held General Atomics Aeronautical Systems Inc. in San Diego, California ("GA-ASI").

Defendant HONEYWELL is an international public corporation headquartered in Morris Township, New Jersey, which has 122,000 employees and 2011 annual sales of $36.5 billion with $5.3 billion profit thereon. HONEYWELL is qualified to do business in the State of California with its defense and aerospace unit located in Torrance, California and Clearwater Florida, which had 2011 annual sales of $11.5 billion with profit of $2 billion thereon.

4.

STANDING OF RELATOR TO SUE AS ORIGINAL SOURCE.

Coplaintiff Relator THOMPSON has standing to sue pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1). Coplaintiff Relator THOMPSON is the

1  Original Source of all the false claims by Defendant HONEYWELL pursuant to the
2  False Claims Act, 31 U.S.C. § 3730(e)(4)(A), on grounds that THOMPSON had
3  direct and independent knowledge of the false claims. Before filing the *Qui Tam*
4  action, disclosure with particularity by the Coplaintiff Relator has been made to his
5  employer GA-ASI .

6                                              5.

7                    VIOLATIONS OF THE FALSE CLAIMS ACT

8                          BY DEFENDANT HONEYWELL

9           The False Claims Act, 31 U.S.C. § 3729(a)(1) and (2), and § (a)(1)(A) and
10  (B) provides that any person who, with actual knowledge, or in reckless disregard
11  or deliberate ignorance of the truth, presents, or causes to be presented, a false or
12  fraudulent claim to the United States Government for payment or approval, or who
13  makes, uses, or causes to be made or used, a false record or statement to get a false
14  or fraudulent claim paid or approved by the United States Government, is liable to
15  the United States Government for a civil penalty of not less than $5,000 and not
16  more than $11,000 for each claim, plus three times the amount of the damages
17  sustained by the United States Government. The 1986 and 2009 amendments to the
18  False Claims Act legislated are, to wit:

19  1986  § 3729. False Claims

20          (a) LIABILITY FOR CERTAIN ACTS. - Any person who -

21          (1) knowingly presents, or causes to be presented, to an officer or employee
22      of the United States Government or a member of the Armed Forces of the
23      United States a false or fraudulent claim for payment or approval;

24          (2) knowingly makes, uses, or causes to be made or used, a false record or
25      statement to get a false or fraudulent claim paid or approved by the
26      Government;

27

28

1   2009 § 3729. False Claims

2      (a) LIABILITY FOR CERTAIN ACTS

3      (1) IN GENERAL. --Subject to paragraph (2), any person who--

4         (A) knowingly presents, or causes to be presented, a false or fraudulent

5         claim for payment or approval;

6         (B) knowingly makes, uses, or causes to be made or used, a false

7         record or statement material to a false or fraudulent claim;

8     Because HONEYWELL presently engages in EGI business under United

9   States Government prime and subcontracts nationwide to at least 2012, the

10  aforesaid 2009 Amendment to the False Claims Act applies to the HONEYWELL

11  false claims alleged herein.

12                         6.

13     From 2002 to at least 2012, Defendant HONEYWELL is and at all times

14  alleged herein was engaged in defense and aerospace business nationwide under

15  United States Government prime and subcontracts nationwide for the

16  HONEYWELL High-Accuracy GPS Embedded Global Positioning System/Inertial

17  Navigation System for United States Government Unmanned Aerial Vehicles

18  ("UAV") and aircraft, which includes the HONEYWELL H-764 EGI NRE, TLA,

19  SAASM and GPS GCORE and FDE/RAIM software ("EGI" or "ACE"), including

20  without limitation:

21     (1)  Predator A (MQ-1), Predator MQ-1C (Sky Warrior and Gray Eagle),

22  Predator B (MQ-9), Predator C (Avenger) supporting programs for USAF, Army,

23  Department of Homeland Security, Classified U.S. Customer, NASA and USAF

24  Foreign Military Sales (FMS) to Italy and Great Britain.

25     (2) Global Hawk RQ-4, Hunter RQ-5, X-47A and UCAS X-47B by Northrop

26  Grumman Corporation.

27     (3) JPALS H-764 ACE by USA, USAF and USN.

28     (4)  Army Shadow RQ-7 by AAI Corporation.

1        (5)  VH-71 Kestrel by Lockheed Martin Corporation.

2        (6)  Eagle Eye, Model 918 by Bell Helicopter.

3        (7)  Fire Scout MQ-8 by Northrop Grumman Corporation.

4        (8)  B-1 B by Boeing Company.

5        (9)  C-5 Galaxy by Lockheed Martin Corporation.

6        (10) C-17 Globemaster by Boeing Company.

7        (11)  F/A-18 Hornet by McDonnell Douglas Corporation.

8        (12)  Black Hawk Helicopter UH-60 by Sikorsky Aircraft Corporation.

9        (13)  Hercules C-130J by Lockheed Martin Corporation.

10      (14)  Osprey V-22 by Boeing Company.

11      (15)  Army TACMS Missile by Lockheed Martin Corporation.

12      (16)  F-15 Eagle by Boeing Company.

13      (17)  Jayhawk Helicopter HH-60J by Sikorsky Aircraft Corporation.

14      (18)  Apache AH-64 Helicopter by Boeing Company.

15      (19)  Chinook Helicopters MH-47D and MH-47G by Boeing Company.

16      (20)  Bradley Tank by BAE Systems.

17      (21) Matching Ballistic Re-Entry Vehicle (MBRV) SIG by Lockheed Martin

18  Corporation.

19      Defendant HONEYWELL reported that HONEYWELL had produced  2,000

20  military style HONEYWELL H-764 EGI units in 2011 alone.

21                          7.

22      Defendant HONEYWELL has falsely claimed that the HONEYWELL EGI

23  software including GCORE and FDE/RAIM is HONEYWELL proprietary

24  intellectual property, for which HONEYWELL falsely proposes, certifies, invoices

25  and receives payment from the United States Government for a false

26  HONEYWELL EGI Software License. From 2002 to at least 2012, Defendant

27  HONEYWELL in deliberate ignorance and reckless disregard has falsely proposed,

28  certified, invoiced and received payment from the United States Government for

CARLSMITH BALL LLP
ATTORNEYS AT LAW
LOS ANGELES

1  that false HONEYWELL EGI Software License in the sum of at least $15,000 unit
2  price, knowingly that the United States Government has partially paid for the
3  HONEYWELL EGI software development and improvement, including GCORE
4  and FDE/RAIM, through United States Government prime and subcontracts, in
5  violation of the False Claims Act, 31 U.S.C. § 3729(a)(1) and (2) and (a)(1)(A) and
6  (B).

7  8.

8      Because the United States Government has partially paid HONEYWELL for
9  the EGI software development and improvement, including GCORE and
10 FDE/RAIM, the United States Government has right or license for use of that
11 HONEYWELL EGI software for government purposes, to wit:

12     (1) Technical Data includes software, FAR 27.401, DFARS 252.227-
13 7013(a)(14) and 7015(a)(4).

14     (2) The Government obtains "government purpose rights" if the
15 software data pertains to an item or process which is funded by both the
16 Government and privately, 10 U.S.C. § 2320(a)(2)(E); DFARS 227.7103-
17 5(b); DFARS 252.227-7013(b)(2). The United States Government has
18 partially funded the development and improvement of the HONEYWELL
19 EGI software, including GCORE and FDE/RAIM, by United States
20 Government prime and subcontracts, including Headquarters Aeronautical
21 Systems Center, Wright-Patterson Air Force Base, Tri-Services contracts
22 with HONEYWELL FA8626-06-C-2065/P00002, FA8626-06-C-
23 2065/P00009, FA8626-06-C-2065/P00018, FA8626-06-C-2065/P00025,
24 FA8626-06-C-2065/P00028, FA8628-06-C-2065/P00050, FA8626-06-C-
25 2065/P00058, FA8626-06-C-2065/P00078, F8626-06-C-2065, FA8626-06-
26 C-2065/P00112, and GA-ASI subcontracts SF0326102, SF0501901,
27 SF062351, SF0728101, DT0915201 and DT 110200 with HONEYWELL.

CARLSMITH BALL LLP
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT

(3) Government Purpose Rights means the government may "use, modify, reproduce, perform, display, release, or disclose" the data within the Government or may release or disclose such data to someone outside the Government so long as the recipient uses the data for Government purposes. DFARS 252.227-7013(a)(11).

(4) The government and the contractor may modify predetermined levels of rights so long as the Government receives no less than limited rights in the data. 10 U.S.C. § 2320(a)(2) and (c); DFARS 227.7103-5(d); DFARS 252.227-7013(b)(4).

(5) That GA-ASI and the government have license rights to the HONEYWELL EGI software was first raised in email by the Relator to HONEYWELL dated May 9, 2011, which requested current data identification and assertions in the format specified in DFARS 252.227-7017(d). In response, Honeywell created a matrix RIGHTS IN TECHNICAL AND COMPUTER DATA which asserted "Limited" rights to the HONEYWELL EGI software and hardware.

(6) HONEYWELL letter dated March 6, 2009 expressly agrees "please be notified that the Government rights to Honeywell's technical data related to the EGI are restricted to those afforded to the Government under DFARS 252.227-7015", which grants a limited license to the United States Government. Because the Government has a license to the EGI software technical data, including GCORE and FDE/RAIM, the Government should not have to pay anything for the HONEYWELL proposed EGI Software License unit price, which therefore, should be zero at no cost.

(7) In 2007, the GA-ASI Letter Contract SF0728101 funded $1.1 million of the $2.3 million contract price for the HONEYWELL NRE software development and improvement of the HONEYWELL H-764 EGI NRE, TLA, SAASM and GPS software, including GCORE and FDE/RAIM,

CARLSMITH BALL LLP
ATTORNEYS AT LAW
LOS ANGELES

1   which was partially funded by the Government. Even if the Government
2   partially funds software technical data, the Government is entitled to a
3   license at least for GA-ASI government use.

4   (8) The GA-ASI subcontracts SF0326102 and SF0501901 with
5   HONEYWELL contain GA-ASI Terms and Condition 21 DATA, which
6   provides for "development work" by the Seller (HONEYWELL) as for the
7   HONEYWELL H-764 EGI NRE and GPS software, including GCORE and
8   FDE/RAIM, which the Government partially funded, that it "shall be the
9   property of the Buyer" (GA-ASI) and "shall be delivered to the Buyer" (GA-
10  ASI).

11  The HONEYWELL deliberate ignorance and reckless disregard false
12  proposal, certification, invoice and receipt of payment by the United States
13  Government for the false HONEYWELL EGI Software License, constitute
14  violations of the False Claims Act, 31 U.S.C. § 3729(a)(1) and (a)(2) and (a)(1)(A)
15  and (B).

16  9.

17  Because the United States Government has the license right for use of the
18  HONEYWELL EGI software, the HONEYWELL EGI Software License unit price
19  in the sum of at least $15,000 from 2002 to at least 2012 is false and should have
20  been zero and no cost to the United States Government, in violation of the False
21  Claims Act, 31 U.S.C. § 3729(a)(1) and (a)(1)(A).

22  10.

23  The Honeywell cost and pricing certifications for the EGI Software License
24  unit prices being false, then there are violations of the Truth in Negotiation Act, 10
25  U.S.C. § 2306a(D)(2), and the False Claims Act, 31 U.S.C. § 3729(a)(2) and
26  (a)(1)(B).

27

28

CARLSMITH BALL LLP
ATTORNEYS AT LAW
LOS ANGELES

8

11.

HONEYWELL knowingly made, used and caused to be made and used, a false certification record and statement to conceal the limited license by the United States Government to the HONEYWELL EGI software as alleged with particularity herein, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(2) and (a)(1)(B).

12.

Defendant HONEYWELL has submitted false claims by the knowing submission of claims for payment for the false HONEYWELL EGI Software License, whereby the United States Government has been induced to pay money that it would not have paid if Defendant HONEYWELL had recognized the license by the United States Government to the EGI software, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1) and (a)(1)(A).

13.

From 2002 to at least 2012, Defendant HONEYWELL knowingly in reckless disregard presented, or caused to be presented vouchers for payment and approval for the false EGI Software License, on which payment was made by the United States Government with funds appropriated by the United States Congress. HONEYWELL knowingly made  false record and statements and certifications to conceal the license by the United States Government to the EGI software in order to secure approval and payment of vouchers by the United States Government. Plaintiff alleges that each and every false certification and voucher by HONEYWELL constitute false claims under the False Claims Act, 31 U.S.C. § 3729(a), in a sum of at least $50,000,000 or according to proof at the time of trial. Pursuant to the False Claims Act, 31 U.S.C. § 3729(a), the total damages caused by the false claims by Defendant HONEYWELL should be trebled plus a civil penalty of $5,000 to $11,000 for each HONEYWELL false claim.

14.

In or about February, 2012, HONEYWELL made a price reduction for its false HONEYWELL EGI Software License unit price to $7,000 for GCORE and $3,500 for FDE/RAIM for the USAF SPO Tri-services Contract and specified USAF programs including Reaper MQ-9, and offered a refund thereon, plus a $4,500 reduction to GA-ASI under Letter Subcontract DT1102000 and offered a refund of $636,412 to GA-ASI thereon. Under the False Claims Act, 31 U.S.C. § 3729(a), the measure of damages is the full HONEYWELL EGI Software License unit prices from 2002 to at least 2012, doubled or trebled, then minus an offset for the refunds which HONEYWELL has actually paid for its false EGI Software License.

15.

From 2002 to at least 2012, Defendant HONEYWELL had actual knowledge and in deliberate ignorance and reckless disregard authorized, directed, and ratified the conduct of the officers, managers and employees of Defendant HONEYWELL in the performance of the acts as herein alleged in violation of the False Claims Act, 31 U.S.C. § 3729 et seq.

16.

From 2002 to at least 2012, in doing the acts herein alleged, the Defendant HONEYWELL officers, managers and employees have acted with actual knowledge, deliberate ignorance and reckless disregard in their respective capacities as officers, managers or employees of Defendant HONEYWELL, in violation of the False Claims Act, 31 U.S.C. § 3729 et seq.

17.

In the event that the United States Government pursues recovery for any of the false claims by Defendant HONEYWELL, through any alternative remedy available to the United States Government, including any administrative proceeding or disposition, Coplaintiff Relator shall have the same rights thereto as the

1    Coplaintiff Relator would have had under the False Claims Act, including awards,

2    attorneys fees, expenses and costs, pursuant to the False Claims Act, 31 U.S.C. §

3    3730(c)(5).

4        WHEREFORE, Plaintiff prays for judgment against Defendant Honeywell

5    International Inc. as follows:

6        (1) Restitution to the United States Government of the damages sustained

7    from false claims by Defendant Honeywell International Inc. for payment by the

8    United States Government, in the sum of at least $50,000,000 or according to proof

9    at the time of trial, pursuant to 31 U.S.C. § 3729 et seq.

10       (2) Statutory three times the damages sustained from the false claims by

11   Defendant Honeywell International Inc. by the United States Government,

12   according to proof at the time of trial, pursuant to 31 U.S.C. § 3729(a);

13       (3) Statutory civil penalty of not less than $5,000 and not more than $11,000

14   for each and every certification and invoice false claim by Defendant Honeywell

15   International Inc. for payment by the United States Government, according to proof

16   at the time of trial, pursuant to 31 U.S.C. § 3730(a);

17       (4) Statutory awards, attorneys fees, expenses, and costs pursuant to 31

18   U.S.C. § 3730(d);

19       (5) Such other and further relief as the Court deems just and proper.

20                   REQUEST FOR TRIAL BY JURY

21       Pursuant to Rule 38(b), Federal Rules of Civil Procedure, request is hereby

22   made for trial by jury.

23   DATED:  March 14, 2012            CARLSMITH BALL LLP

24

25

26   By  _____
          Dean Francis Pace
27        Attorneys for Coplaintiff Relator

28

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA          )
3
                                             ) ss.
COUNTY OF LOS ANGELES )
4

5        I am a citizen of the United States and a resident of the county aforesaid; I

6   am over the age of eighteen years and not a party to the within entitled action; my

7   business address is: 9th Floor, 444 South Flower Street, Los Angeles, California

8   90071-2901. On March 16, 2012, I served the within COMPLAINT FOR

9   VIOLATIONS OF THE FALSE CLAIMS ACT 31 U.S.C. § 3729 ET SEQ. by

10  certified mail, addressed as follows:

11                    Hon. Eric Himpton Holder Jr.
                       United States Attorney General
12                  Department of Justice, Room B-103
                       950 Pennsylvania Avenue N.W.
13                     Washington, D.C. 20530-0001

14
                          Hon. André Birotte Jr.
15                       United States Attorney
                    United States Department of Justice
16                       1200 U.S. Courthouse
                         312 North Spring Street
17                    Los Angeles, California 90012

18
                      Hon. Joyce Branda, Director
19                 United States Department of Justice
           Fraud Section of the Commercial Litigation Branch
20                         Civil Division
                          601 D Street N.W.
21                      Washington, D.C. 20530
                        Post Office Box 261
22                     Benjamin Franklin Station
                       Washington, D.C. 20044
23

24      I declare under penalty of perjury that the foregoing is true and correct.
25
     Executed March 16, 2012, at Los Angeles, California.
26

27                                          _Stephanie Reavesdail_

28                                          Stephanie Reavesdail

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John Kronstadt and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

## CV12- 2214 JAK (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
      **312 N. Spring St., Rm. G-8**
      **Los Angeles, CA 90012**

[ ] **Southern Division**
      **411 West Fourth St., Rm. 1-053**
      **Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
      **3470 Twelfth St., Rm. 134**
      **Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:  Dean Francis Pace (SBN 031809)
Allan J. Graf (SBN 057148)
CARLSMITH BALL LLP, 9th Floor
444 South Flower Street, Los Angeles, CA 90071
Telephone: (213) 955-1200  Fax: (213) 623-0032
Email: falseclaimsact@carlsmith.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>EX REL. DANIEL THOMPSON<br><br>PLAINTIFF(S)<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-2214 JAK (JCGx)<br><br><br>**SUMMONS** |

TO:      DEFENDANT(S):

    A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _____Dean Francis Pace_____, whose address is _Carlsmith Ball LLP, 9th Floor, 444 South Flower Street, Los Angeles, CA 90071_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __MAR 1 5 2012__

By: _____
              Deputy Clerk

              *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

Name & Address:  Dean Francis Pace (SBN 031809)
Allan J. Graf (SBN 057148)
CARLSMITH BALL LLP, 9th Floor
444 South Flower Street, Los Angeles, CA 90071
Telephone: (213) 955-1200  Fax: (213) 623-0032
Email: falseclaimsact@carlsmith.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>EX REL. DANIEL THOMPSON<br><br><br>v.<br><br>HONEYWELL INTERNATIONAL INC. | CASE NUMBER |
| PLAINTIFF(S) | CV12-2214 -JAK(JCGx) |
| | **SUMMONS** |
| DEFENDANT(S). | |

TO:      DEFENDANT(S):

        A lawsuit has been filed against you.

        Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _____Dean Francis Pace_____, whose address is __Carlsmith Ball LLP, 9th Floor, 444 South Flower Street, Los Angeles, CA 90071__.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Dated: __MAR 1 5 2012__

Clerk, U.S. District Court

By: __MARILYN DAVIS__
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

UNITED STATES OF AMERICA EX REL. DANIEL THOMPSON

**DEFENDANTS**

HONEYWELL INTERNATIONAL INC.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

DEAN FRANCIS PACE (SBN 31809), ALLAN J. GRAF (SBN 57148)
CARLSMITH BALL LLP, 9TH FLOOR, 444 SOUTH FLOWER STREET,
LOS ANGELES, CALIFORNIA 90071

**Attorneys (If Known)**

UNKNOWN

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No  ☑ **MONEY DEMANDED IN COMPLAINT: $** 50,000,000.

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
CIVIL ACTION PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. 3729 ET SEQ.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV |  | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☑ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions |  |  | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment |  |  |  | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land |  |  |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability |  |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |
|  | ☐ 290 All Other Real Property |  |  |  |  |

**FOR OFFICE USE ONLY:** Case Number: CV12-2214

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:**  Has this action been previously filed in this court and dismissed, remanded or closed?  ☒No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:**  Have any cases been previously filed in this court that are related to the present case?  ☒No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                             ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                             ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                             ☐ D.  Involve the same patent, trademark or copyright, *and* one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
  ☒  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
  ☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | NATIONWIDE |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | NATIONWIDE |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date   MARCH 14, 2012

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |