UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. DANIEL THOMPSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br><br>　　　　　　　　Defendant. | Case No. CV 12-2214-JAK(JCG)<br><br>The Honorable John A. Kronstadt<br><br>**JUDGMENT DISMISSING FOURTH AMENDED COMPLAINT**<br><br>**JS-6** |

　　　On January 24, 2014, the Court entered an order (Docket No. 84) granting without leave to amend the motion filed November 27, 2013 (Docket No. 73) by Defendant Honeywell International Inc. to dismiss the Fourth Amended Complaint (Docket No. 72) of Relator Daniel Thompson. On April 29, the Court denied Relator Daniel Thompson's Motion for Reconsideration. Dkt. 99.

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relator Daniel Thompson shall take nothing from Defendant Honeywell International Inc. by his Fourth Amended Complaint, and that the Fourth Amended Complaint shall be dismissed with

Prejudice; provided, however, that it shall be dismissed without prejudice as to the United States of America.

Dated: May 2, 2014

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

JUDGMENT DISMISSING FOURTH AMENDED COMPLAINT